CARLIE CHRISTENSEN, United States Attorney (#633)
MARK VINCENT, Assistant United States Attorney (#5357)
DANIEL R. STRONG, Special Assistant United States Attorney (#13614)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Daniel.Strong@wvc-ut.gov

FILED
U.S. DISTRICT COURT
2015 MAR 25  ᴅ 2: 22
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATION: |
| vs. | 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms [Count I] |
| STEPHEN LAWRENCE DEAN, | Case: 2:15-cr-00166 |
| Defendant. | Assigned To : Benson, Dee<br>Assign. Date : 3/25/2015<br>Description: USA v. |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms)

On or about December 5, 2014, in the Central Division of the District of Utah,

STEPHEN LAWRENCE DEAN,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess and receive, in and affecting interstate commerce, firearms and ammunition, to wit: a Belnap 12-guage shotgun and a Rockriver LAR-15 rifle; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

CARLIE CHRISTENSEN
United States Attorney

_____
for MARK VINCENT
Assistant United States Attorney

2