CARLIE CHRISTENSEN, United States Attorney (#633)
DANIEL R. STRONG, Special Assistant United States Attorney (#13614)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 325-3318 • Fascimile: (801) 524-6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN LAWRENCE DEAN, <br><br> Defendant. | Case No.  2:15-CR-00166 DB <br><br> MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM <br><br> Magistrate Judge Evelyn J. Furse |

The United States Attorney for the District of Utah respectfully shows this Honorable Court that the above named defendant STEPHEN LAWRENCE DEAN, now being confined in the UTAH COUNTY JAIL, under the authority of the State of Utah, is to appear in United States District Court for the District of Utah before the Honorable Magistrate Judge Evelyn J. Furse, on March 30, 2015, at 3:45 p.m., on charges of 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms, and it is necessary that the defendant be present in person on said date, during proceedings, appearances, and final disposition of the case;

NOW, THEREFORE, your petitioner respectfully prays that this Honorable Court do forthwith order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the United States Marshal for the District of Utah, or any other United States Marshal, or an Agent with the FBI, requiring that Marshal or Agent to serve said Writ on the Warden, or Superintendent, or custodian of any place or institution where the said defendant is confined, and requiring said Agent to produce said defendant before the Court on the above stated date for proceedings and appearances upon the charge aforesaid, and to hold the defendant at all times in his custody as an agent of the United States of America until final disposition of the case, thereafter to return the defendant to the institution wherein now confined.

DATED this 27th day of March, 2015.

CARLIE CHRISTENSEN
United States Attorney

*/s/ Maria for*

DANIEL R. STRONG
Special Assistant United States Attorney