**SEALED**

# United States District Court

FILED
DISTRICT OF UTAH CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Stephen Lawrence Dean**

2015 APR -1  A 10: 40

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

# WARRANT FOR ARREST

CASE NUMBER: 2:15-cr-166 DB

To:　The United States Marshal
　　　and any Authorized United States Officer

ORIGINAL

　　　　YOU ARE HEREBY COMMANDED to arrest　　**STEPHEN LAWRENCE DEAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment　　[ ] Superseding Indictment　　[ ] Information　　[ ] Superseding Information
[ ] Complaint　　[ ] Order of court　　[ ] Violation Notice　　[ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Felon in Possession of Firearms**

in violation of　18:922(g)(1)　　　　　　　　　　　　　　　　　　　　　　　　　　United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Julie Wierschem | March 25, 2015 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Julie Wierschem | |
| Deputy Clerk | |

Bail fixed _____　by _____
　　　　　　　　　　　　　　　　　　Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/25/15 | SA Jule Albretson | /s/ |
| DATE OF ARREST | | |
| 3/30/15 | | |