AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF UTAH

UNITED STATES OF AMERICA
v.
STEPHEN LAWRENCE DEAN

### EXHIBIT LIST

Case Number:  2:15-cr-00166-DB-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dustin Pead | Daniel Strong/Mark Vincent | Benjamin Hamilton |

| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 03/30/2015 | Electronic | Teri Sparrow |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 03/30/15 | X | X | Facebook Page Stephen L. Dean (Black and White) |
| 2 | | 03/30/15 | X | X | Civil Complaint |
| 3 | | 03/30/15 | X | X | Facebook Page (Color) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | 1 FORMTEX | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | vs. | STEPHEN LAWRENCE DEAN | CASE NO. 2:15-cr-00166-DB-1 |
| --- | --- | --- | --- |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page _____ of _____ Pages