**PRO SE**

I, Lidya Radin, a living woman, one of the People, am of full age, am competent and willing to testify, and having personal, first-hand knowledge of the facts stated herein state, under penalty of perjury:

( 1 ) I received a phone call late on Friday night, 28-March-2015, about Steven Dean.

( 2 ) It is my understanding that Steven Dean is a member of National Liberty Alliance and is running for public office as a common law sheriff.

( 3 ) I was informed that Steven Dean was arrested and brought to a jail in Utah.

( 4 ) When I called jail to find out the details, his jailer, **Sgt. Hansen**, telephone, 801-851-4302, admitted that the warrant she had for his arrest **WAS NOT SIGNED BY A JUDGE**. I have irrefutable hard evidence to confirm Sgt. Hansen's statements.

( 5 ) Apparently, according to the description provided by jailer Sgt. Hansen, the warrant is defective on its face for a number of other reasons.

( 6 ) I informed Sgt. Hansen that she was committing the crimes of false arrest and false imprisonment against Steven Dean, and demanded his immediate release.

I demand the right to offer proof of all that I have testified to in this affidavit, have each statement accepted or rebutted with factual evidence within 21 calendar days of tender of this affidavit and/or upon failure to rebut this affidavit, by acquiescence, all parties stipulate to the truth of the facts and statements made herein. Failure to rebut this affidavit will be evidence in the matter noted above that complainant/victim was injured by loss of rights and government agents interference and exceeded their jurisdiction.

Sworn to me this day 28-March-2015,

*Lidya Radin*
28-March-2015
LIDYA RADIN

EUGENE L AIKEN III
Notary Public - State of New York
NO. 01AI6246336
Qualified in Dutchess County
My Commission Expires Aug 8, 2015

FILED
2015 MAR 30 P 3:21
U.S. DISTRICT COURT
DISTRICT OF UTAH
BY: DEPUTY CLERK

Page 1 of 2

State of New York

County of New York

On the 28th day of March, in the year 2015, before me personally appeared Lidya Radin, who proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

My Commission Expires: 8/8/2015

EUGENE L. AIKEN III
Notary Public - State of New York
NO. 01AI6246336
Qualified in Dutchess County
My Commission Expires Aug 8, 2015

PagE 2 of 2