**PRO SE**

Loretta Johnson

FILED IN UNITED STATES COURT, DISTRICT OF

MAR 3 0 2015

**Affidavat**

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

I, Loretta Johnson, a living woman, one of the People, am of full age, am competent and willing to testify, and having personal, first-hand knowledge of the facts stated herein state, under penalty of perjury:

( 1 ) I received a phone call about 1:48 p.m. on Friday afternoon, 28-March-2015, from Stephen Dean.

( 2 ) Stephen informed me that he had been arrested outside of a resturant he had gone to with a man named Greg who had set up the trip to the resturant. They where about to enter the resturant when 5 U.S. marshalls tackled took him to the ground then arrested him and brought him to Utah County Jail.

( 3 ) I knew that Stephen Dean is a member of National Liberty Alliance and Court Room Observers and I called for assistance and input.

( 4 ) I went down to the Utah County jail that evening which is about 60 (sixty miles) from area they arrested Stephen in.

( 5 ) When I arrived at the jail I asked at the counter window if I could speak with Ms. Hansen. In the course of my conversations with Ms. Hansen I did ask if they had a signed warrent of which she ducked her head and did not answer me.

( 6 ) I informed Sgt. Hansen that ~~she was committing the~~ I thengh there were *n* crimes of false arrest and false imprisonment against Steven Dean, and ~~demanded his immediate release.~~ asked for his release to me *(?)*

I demand the right to offer proof of all that I have testified to in this affidavit, have each statement accepted or rebutted with factual evidence within 21 calendar days of tender of this affidavit and/or upon failure to rebut this affidavit, by acquiescence, all parties stipulate to the truth of the facts and statements made herein. Failure to rebut this affidavit will be evidence in the matter noted above that complainant/victim was injured by loss of rights and government agents interference and exceeded their jurisdiction.

Signed: *Loretta Johnson*
Loretta Johnson

The affiant appeared before me. swore to the above statement, signed and showed legal identification.

Signed: _____
Notary: Jason Zabriskie
Date: 03/30/15

NOTARY PUBLIC
JASON ZABRISKIE
678454
COMMISSION EXPIRES
JULY 15, 2018
STATE OF UTAH