**PRO SE**          Eric Hughes Jones          FILED IN UNITED STATES DISTRICT
                                                COURT, DISTRICT OF UTAH

                         Affidavit                    MAR 3 0 2015
                                                    D. MARK JONES, CLERK
                                                BY_____
                                                       DEPUTY CLERK

I, Eric Hughes Jones, a living man, one of the people, am of full age, am competent and willing to testify, and having personnel first hand knowledge of the facts stated here in, say:

1) I received a phone call on Friday March 27th 2015. informing me that Stephen Dean had been arrested near his home in Salt Lake County Utah and taken 60 (sixty) miles to the jail in Utah County Utah.

2) His jailer, Sargent Hansen, informed me that the arrest warrant had no signature from a judge.
   A. according to the description she provided, the document is facially insufficient and fails to meet the requirements of a lawful warrant.

3) I informed Sargent Hansen that she was committing the crime of false arrest and false imprisonment as well as deprivation of civil rights and aiding and abetting the kidnapping of Stephen Dean.

I require the right to offer proof of all that I have testified to in this affidavit, have each statement excepted or rebutted with factual evidence within 21 calendar days of tender of this affidavit and /or upon failure to rebut this affidavit, is affidavit by acquiescence, all parties stipulate to the truth of the facts and statements made here in. Failure to rebut this affidavit will be evidence in the matter noted above that complanant/victum was injured by loss of rights and the interference by government agents which exceeds there jurisdiction.

          signed: Eric Hughes Jones
          PHONE: 585-730-9220