KATHRYN N. NESTER, Federal Public Defender (#13967)
BENJAMIN A. HAMILTON, Assistant Federal Defender (#6238)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah  84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN LAWRENCE DEAN, | **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PRE-TRIAL MOTIONS**<br><br>Case No. 2:15CR-166 DB |

The defendant, Stephen Lawrence Dean, through his counsel of record, Benjamin A. Hamilton, hereby moves this Court for an Order granting him a **30-day** extension of the pretrial motion deadline currently set for April 28, 2015.  Defendant bases this Motion on the following grounds:

1.      Discovery in this matter is voluminous consisting of 19 cd's of audio and video as well as 300 pages of printed material.

2.      Counsel requires additional time to review the discovery and complete investigative work to determine whether pretrial motions are appropriate in this case.

Based on the foregoing, Defendant respectfully requests that the pretrial deadline in this matter be extended until May 28, 2015.  A proposed Order is submitted with this Motion.

Dated this 27th day of April, 2015.


/s/ *Benjamin A. Hamilton*
BENJAMIN A. HAMILTON
Assistant Federal Defender