# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN LAWRENCE DEAN,<br><br>    Defendant. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS<br><br>Case No. 2:15CR-166 DB |

Based upon the motion of defendant and good cause appearing;

IT IS HEREBY ORDERED that the pretrial motion deadline in the above case is extended for a period of 30 days from April 28, 2015 until May 28, 2015.

DATED this 27 day of April, 2015.

BY THE COURT:

_____
HONORABLE DEE BENSON
Sr. United States District Court Judge