KATHRYN N. NESTER, Federal Public Defender (#13967)
BENJAMIN A. HAMILTON, Assistant Federal Defender (#6238)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah   84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN LAWRENCE DEAN,<br><br>Defendant. | **RESPONSE TO GOVERNMENT'S MOTION TO CONTINUE JURY TRIAL**<br><br>Case No. 2:15CR-166 DB |

The defendant, Stephen Lawrence Dean, through his counsel of record, Benjamin A. Hamilton, hereby files his response to the Government's Motion to Continue Jury Trial currently set for June 8, 2015 for a period of at least two weeks.

Counsel has conferred with his client and he has no objection to a continuance of the trial date of no more than three weeks.

Dated this 11th day of May, 2015.

/s/ *Benjamin A. Hamilton*
BENJAMIN A. HAMILTON
Assistant Federal Defender