KATHRYN N. NESTER, Federal Public Defender (#13967)
BENJAMIN A. HAMILTON, Assistant Federal Defender (#6238)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah  84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN LAWRENCE DEAN,<br><br>Defendant. | **MOTION TO STRIKE DOCUMENTS FROM DOCKET AND RESTRICT FILINGS**<br><br>Case No. 2:15CR-166 DB |

      Comes now the defendant STEPHEN L. DEAN, by and through counsel Benjamin A. Hamilton, and hereby moves this court to strike from the court record and docket the following documents that have been lodged with the court by a third party that is not a party to the case. The following documents have been lodged in the docket on the defendant's case:  No. 19, No.27 and No. 28.  These documents have been filed without the defendant's knowledge or approval.  The defendant moves that these documents be stricken from the record and docket and that they be returned, where possible, to the individual(s) who lodged them.

Further, that no other documents be allowed to be filed, lodged or placed on the docket unless submitted by a party to the case. A proposed Order is submitted with this Motion.

Dated this 20th day of May, 2015.

/s/ *Benjamin A. Hamilton*
BENJAMIN A. HAMILTON
Assistant Federal Defender