## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN LAWRENCE DEAN,<br><br>    Defendant. | ORDER TO STRIKE DOCUMENTS FROM DOCKET AND RESTRICT FILINGS<br><br>Case No. 2:15CR-166 DB |

Based upon the motion of defendant and good cause appearing;

IT IS HEREBY ORDERED that document numbers 19, 27 and 28 that have been lodged by a third party and docketed in the defendant's case be stricken from the record and that they be returned, where possible, to the individual(s) who lodged them.

IT IS FURTHER ORDERED, that no other documents be allowed to be filed, lodged or placed on the docket unless submitted by a party to the case.

DATED this 20th day of May, 2015.

BY THE COURT:

_____
HONORABLE DEE BENSON
Sr. United States District Court Judge