CARLIE CHRISTENSEN, Acting United States Attorney (#633)
DANIEL R. STRONG, Special Assistant United States Attorney (#13614)
Attorneys for the United States of America
185 South State Street, Suite 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN LAWRENCE DEAN,<br><br>　　　　　　　Defendant. | Case No. 2:15-CR-00166 DB<br><br>UNITED STATES' NOTICE OF INTENT TO RELY ON EXPERT TESTIMONY<br><br>Judge Dee Benson |

The United States Attorney, by and through the undersigned Assistant United States Attorney, in compliance with its obligations under Federal Rule of Criminal Procedure 16(a)(1)(G), hereby submits the United States' notice of intent to rely on expert testimony. The following is a non-exhaustive list of witnesses the government anticipates will give expert testimony during the course of trial.

**1.　R. Kent Owens, Jr., Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives –**

Statement of Qualifications

Special Agent Owens' curriculum vitae is attached hereto.

Proposed Testimony of SA Owens

Special Agent Owens will testify regarding the origin of the firearms as they relate to the interstate nexus element. Specifically, Special Agent Owens will testify that the firearms and ammunition seized in this case were manufactured outside the state of Utah. He will base his opinion upon training, experience, and upon his examination of the firearms and ammunition at issue.

The government reserves the right to call additional experts during the course of the trial, as the need arises and after proper notice, as the evidence develops.

RESPECTFULLY SUBMITTED May 29, 2015.

CARLIE CHRISTENSEN
Acting United States Attorney


*/s/ Daniel R. Strong*
DANIEL R. STRONG
Special Assistant United States Attorney