AO 442
# United States District Court

### DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **WARRANT FOR ARREST** |
| **Stephen Lawrence Dean** | |
| | CASE NUMBER: 2:15-cr-00166-DB |

FILED U.S. DISTRICT COURT  
2016 SEP 13 A 9:40  
DISTRICT OF UTAH  
BY: _____  
DEPUTY CLERK

To: The United States Marshal  
and any Authorized United States Officer

**ORIGINAL**

YOU ARE HEREBY COMMANDED to arrest __**STEPHEN LAWRENCE DEAN**__
                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information  
☐ Complaint ☐ Order of court ☐ Violation Notice ☒ Probation Violation Petition  
☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged violation of probation**

in violation of _____ United States Code.

RECEIVED UNITED STATES MARSHAL  
16 SEP -6 AM 9:58  
DISTRICT OF UTAH

| | |
|---|---|
| Dee Benson | United States District Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | September 6, 2016 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |

By: Deborah L. Aston  
    Deputy Clerk

Bail fixed _____ by _____  
                                       Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/6/16 | Andrew Desmond DUSM | [signature] |
| DATE OF ARREST | | |
| 9/12/16 | | |