# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Request and Order to Amend Previous Petition

Name of Offender:  Stephen Lawrence Dean            Docket Number:  2:15CR00166-001

Name of Sentencing Judicial Officer:    Honorable Dee Benson
                                        Senior U.S. District Judge

Date of Original Sentence:  June 16, 2016

Original Offense:       **Unlawful Transport of Firearms**
Original Sentence:      **60 Months' Probation**

Type of Supervision:    **Probation**              Supervision Began:  **June 16, 2015**

## PETITIONING THE COURT

☒  To amend the petition signed on September 6, 2016 as follows:

## CAUSE

*Allegations on September 6, 2016:*

**Allegation No. 1:**  On August 29, 2016, the defendant committed another federal, state, or local crime, to wit: threatened to shoot a tow truck driver.

**Allegation No. 2:**  The defendant was questioned or had contact with law enforcement on August 29, 2016, and failed to notify his probation officer within 72 hours.

Evidence in support of the two above stated allegations includes the law enforcement narrative of Murray Police Department's case 16C016249.

*Additional allegations*

**Allegation No. 3:**  The defendant has associated with an anti-government individual that encourages the use of force or illegal action/activity.

Evidence in support of this allegation includes a jail tape recording of the defendant speaking with William Keebler.

**Allegation No. 4:**  The defendant has associated with an anti-government individual that encourages the use of force or illegal action/activity.

Evidence in support of this allegation includes a jail tape recording where the defendant indicates he has been in contact with Ryan Payne.

I declare under penalty of perjury that the foregoing is true and correct

by Wyatt Stanworth
U.S. Probation Officer
Date: September 13, 2016

---

**THE COURT ORDERS:**

☒ That the original petition be amended to include all allegations outlined
☐ No action
☐ Other

Honorable ~~Dee Benson~~ Robert Shelby
~~Senior~~ United States District Judge

Date: 13 Sept. '16